# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2012

144273

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FERANDAL SHABAZZ REED,
      Defendant-Appellant.

SC: 144273
COA: 297053
Wayne CC: 91-002558-FC

_____/

On order of the Court, the application for leave to appeal the October 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The denial is without prejudice to any relief that the defendant may seek under *Miller v Alabama,* 567 US ___; 132 S Ct 2455; 183 L Ed 2d 407 (2012).

MARILYN KELLY and HATHAWAY, JJ., would remand this case to the trial court for reconsideration of the mandatory sentence of life without parole in light of *Miller v Alabama*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2012

_____
Clerk

t1031